UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHRISTOPHER M MOORE #541841** | **CIVIL ACTION NO. 22-cv-5310** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MEDICAL STAFF OF BOSSIER MAX ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 25] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Defendant Lt. Anthony Evans' Motion for Summary Judgment [Doc. No. 23] is **GRANTED** and all claims against Anthony Evans are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment [Doc. No. 15] filed by Defendants Molli Lyles and Jennifer Johnson is **GRANTED,** and that all state law claims against these two Defendants are hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The only remaining claims are those asserted against Molli Lyles and Jennifer Johnson pursuant to 42 U.S.C. § 1983.

Monroe, Louisiana, this the 18th day of July 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**