UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHRISTOPHER M MOORE #541841** | **CIVIL ACTION NO. 22-cv-5310** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MEDICAL STAFF OF BOSSIER MAX ETAL** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 32] previously filed herein, having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss and, Alternatively, Motion for Summary Judgment [Doc. No. 30] filed by Nurses Molli Lyles and Jennifer Johnson is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all federal law claims against Molli Lyles and Jennifer Johnson are hereby **DISMISSED WITH PREJUDICE.**

All claims among all parties have now been resolved, so this judgment is entered in accordance with Fed. R. Civ. Pro. 54.

**MONROE, LOUISIANA**, this the 16th day of October 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**